[No. 15102. Department One. August 5, 1919.]

JOHN R. MILLER, *Respondent*, v. GEORGE B. BRANCH *et al.*, *Appellants*.[1]

Appeal from a judgment of the superior court for Thurston county, Mitchell, J., entered April 22, 1918, in favor of the plaintiff, upon overruling a demurrer to the complaint, in an action by a partner to recover money advanced to the partnership. Reversed.

*Parr & Marts*, for appellants.
*Thos. M. Vance*, for respondent.

PER CURIAM.—This case is in all respects like the case of *Miller v. Kemper*, 107 Wash. 274, 181 Pac. 859. All the questions presented in this case are decided in that case adversely to the contention of respondent. For the reasons therein stated, the judgment is reversed.

---

[No. 14988. *En Banc*. November 3, 1919.]

P. P. HAINES, *Respondent*, v. COASTWISE STEAMSHIP & BARGE COMPANY, *Appellant*.[2]

Appeal from a judgment of the superior court for King county, Ronald, J., entered March 30, 1918, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries sustained by an employee on a vessel. Reversed.

*Trefethen & Findley*, for appellant.
*Silvain & Butler*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, the majority of the court adhere to the opinion heretofore filed herein as reported in 104 Wash. 685, 177 Pac. 648, and the judgment below is therefore reversed and remanded.

[1]Reported in 182 Pac. 732.
[2]Reported in 185 Pac. 583.